UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-499M** |
| | : | |
| **v.** | : | |
| | : | |
| **ANDREA GRIMSELY,** | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Daniel P. Butler, Bar Number 417718, telephone number (202) 353-9431 and this is notice of his appearance in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent by United States Mail to defense counsel, Mr. Jeffrey T. Green, Sidley Austin Brown & Wood LLP, 1501 K Street, N.W., Washington, D.C. 20005, on this \_\_\_\_ day of September, 2005.

_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY