UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 05-0499M-01 |
| | : | |
| v. | : | |
| | : | |
| **ANDREA K. GRIMSLEY,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S MOTION FOR A BOOKING ORDER

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to sign a booking order for defendant Andrea K. Grimsley. On September 16, 2005, the United States filed an Information against defendant Grimsley charging her with a misdemeanor conflict of interest offense, in violation of 18 U.S.C. §§ 208 and 216(a)(1). Defendant pled guilty to that Information on September 28, 2005, and is set to be sentenced on December 9, 2005. Defendant has been released on her own personal recognizance. Because this is not an arrest-generated case, defendant has not been the subject of routine processing in this case by the United States Marshals Service ("USMS") or the Metropolitan Police Department ("MPD"). At the time of the plea, the Court stated that it would sign a booking order once the government provided it to the Court. Accordingly, the United States requests that the Court sign the attached proposed Order requiring the defendant to

undergo routine processing by the USMS and the MPD and that the respective copies of this Order be sent to the parties.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. Bar No. 451058


[s]
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY
Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530
(202) 353-9431
e-mail: Daniel.Butler@USDOJ.Gov

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Motion and proposed Order were sent to the attorney for the defendant, Mr. Jeffrey T. Green, Sidley Austin Brown & Wood LLP, 1501 K Street, N.W., Washington, D.C. 20005, on this 28th day of September, 2005.

[s]
_____
DANIEL P. BUTLER
ASSISTANT UNITED STATES ATTORNEY