U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

ANDREA K. GRIMSLEY

Case No. 05-499M

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this _____ day of _____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on <u>DATE TO BE DETERMINED</u> by <u>SPECIAL AGENT MICHAEL P. DAWSON</u> to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to <u>DEPARTMENT OF HOMELAND SECURITY, OFFICE OF THE INSPECTOR GENERAL</u> for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of <u>SPECIAL MICHAEL P. DAWSON</u> for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

(U.S. Magistrate) JOHN M. FACCIOLA

DOJ USA-16-1-80