U.S. Department of Justice
U.S. Attorneys

# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

ANDREA K. GRIMSLEY

Case No. 05-499M

FILED
SEP 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___28___ day of ___September, 2005___ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on DATE TO BE DETERMINED by SPECIAL AGENT MICHAEL P. DAWSON to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to DEPARTMENT OF HOMELAND SECURITY, OFFICE OF THE INSPECTOR GENERAL for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of SPECIAL MICHAEL P. DAWSON for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

(U.S. Magistrate) JOHN M. FACCIOLA

DEFENSE COUNSEL

DOJ USA-16-1-80