UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | |
| Defendant. | Magistrate Judge John M. Facciola |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Comes now, Andrea K. Grimsley and respectfully requests, pursuant to the Court's oral order of September 28, 2005, that she be permitted to travel outside of the Metropolitan area to Syria, Virginia from Friday, October 14 until Sunday, October 16, 2005. On September 28, Ms. Grimsley pled guilty to a one-count misdemeanor information violation of 18 U.S.C. Sections 208 and 216(a)(1).

As part of the conditions of her release, the Court ordered Ms. Grimsley to request written permission from the Court to travel outside the Metropolitan Area. Ms. Grimsley has met all other conditions: (1) she has turned in her passport to counsel (who has forwarded the passport to Assistant United States Attorney Butler); and (2) she continues to check-in as ordered with pre-trial services.

Ms. Grimsley requests permission to travel to Syria, Virginia in order to attend a retreat at the Grace Mountain Lodge for the weekend. Syria, Virginia is approximately 90 minutes by car from Ms. Grimsley's home.

Counsel has discussed this with Daniel P. Butler, counsel for the United States in this matter, and Mr. Butler has said that the United States does not oppose.

A proposed order is attached for the Court's convenience.

>Respectfully submitted,
>
>/s/ Jeffrey T. Green
>Jeffrey T. Green
>Sidley Austin Brown & Wood
>1501 K Street, NW
>Washington, DC 20005
>(202) 736-8000

Dated: October 12, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREA K. GRIMSLEY,<br><br>Defendant. | CRIMINAL CASE NO. 05 - 499m<br><br>VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest)<br><br>Magistrate Judge John M. Facciola |

## ORDER

Having reviewed the unopposed Motion of Andrea Grimsley for permission to travel to Syria, Virginia on Friday, October 14 and to return on or before Sunday, October 16, 2005, the motion is hereby

**GRANTED** and Ms. Grimsley shall have permission to travel, shall return by the specified date and shall continue to abide by her release conditions.

Honorable John M. Facciola<br>
United States Magistrate Judge

## CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of October 2005, served counsel of record with a copy of the foregoing Unopposed Motion for Permission to Travel by hand delivery to the following:

Daniel P. Butler, Esq.
United States Attorneys Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

_____
Jeffrey T. Green