UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05 - 499 m |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

FILED
OCT 1 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

Having reviewed the unopposed Motion of Andrea Grimsley for permission to travel to Syria, Virginia on Friday, October 14 and to return on or before Sunday, October 16, 2005, the motion is hereby

**GRANTED** and Ms. Grimsley shall have permission to travel, shall return by the specified date and shall continue to abide by her release conditions.

_____
Honorable John M. Facciola
United States Magistrate Judge

DC1 802270v.1

## CERTIFICATE OF SERVICE

This is to certify that I have this 12th day of October 2005, served counsel of record with a copy of the foregoing Unopposed Motion for Permission to Travel by hand delivery to the following:

Daniel P. Butler, Esq.
United States Attorneys Office
 for the District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20001

Jeffrey T. Green