November 17, 2005

Judge John M. Facciola

Reference: Case No. 05-499M, U.S. vs. Andrea K. Grimsley

Your Honor,

My name is Mario Cadori and I am writing to you on behalf of Andi Grimsley. It has been my pleasure to know Andi both as a friend and a colleague since 1998. We worked together in the federal government-contracting arena for the Immigration and Naturalization Service and later Immigration and Customs Enforcement. During the six years that we worked together I witnessed first hand the integrity, dedication, honesty, and professionalism Andi demonstrated on a daily basis. Andi always ensured that the Government received a fair and equitable agreement on all of the procurement actions her and her staff completed. She worked closely with the program offices she supported as well as the government in-house counsel to ensure that the agency got what it needed to meet the mission at the best value possible and abiding by all laws and regulations. During her tenure she always looked for ways to save the government money. She received outstanding performance reviews during that six-year period which included a quality step increase as well as being promoted to Branch Chief.

In closing I would like to say that it would be a shame to tarnish her outstanding government carrier not to mention her life by penalizing her anymore than what she has had to live through the past year and a half. Andi is a good person that had a great government career. I hope you can find it within your heart to be as lenient as possible and let her move forward.

Sincerely,

Mario A. Cadori