November 18, 2005

Dear Judge Facciolo,

My name is Robert Manard and I am writing you about Case Number 05-499M, regarding Ms. Andrea K. Grimsley. I consider her a close friend, a mentor, and someone who possesses the very highest levels of honesty and ethics both in her personal as well as professional life. It is my sincere hope that by reading this letter I can provide a small glimpse into the character and integrity of a woman who dedicated her life to public service.

I have known Andrea Grimsley since July of 2000. From that time until December of 2004 I worked with her in the Office of Procurement, Immigration & Customs Enforcement, Department of Homeland Security. During this time we worked together on hundreds of contract awards and regulatory procedures associated with the federal procurement process. During all of these actions she always displayed the highest caliber of professionalism. In fact, there were instances where for one reason or another it was determined that a vendor *may* have gained some type of advantage in the process. In each instance Andrea would not only bring each member of the procurement process in to notify us of what had to be done to level the playing field, she would also have us research the Federal Acquisition Regulation and explain what went wrong, how to correct it so we didn't make the same mistake again, and how we would remedy it so that none of the competitors would be at a disadvantage.

In the entire time I have known her she has *never* displayed any level of inappropriate behavior. In fact, I would frequently refer to her adherence to "the letter of the law" when having conversations with personal friends and my federal procurement colleagues. Everyone I know that worked with her used her as the model of integrity and ethical behavior. In all of the contract actions I have performed with her and under her direct supervision, she has enforced and demanded that each one be beyond reproach.

I have been a civilian federal employee for over 22 years and a member of the U.S. Air National Guard for over 24 years. I have worked with individuals at both the Senior Executive Service and General Officer level. In all this time I have yet to meet anyone of the caliber of Andrea Grimsley in either service. She is the epitome of excellence in what we look for in our friends, neighbors, leaders, and fellow citizens. In other words, those people who we entrust and hold dear. I would not hesitate to place her in any position of responsibility. During your sentencing deliberation, I ask you to please take all of the above factors into account.

If you have any questions or would like to discuss any aspect of Ms. Grimsley's character or background please do not hesitate to call me at the number below.

Sincerely,

Robert A. Manard
3079 Rocky Ridge Court
Leesburg, VA 20176
571-333-5421