November 16, 2005

The Honorable John M. Facciola
United States Magistrate Judge
United States Courthouse
Third & Constitution Avenue, NW
Washington, DC 20001

    Reference:  Case# 05-499M
                        Andrea K. Grimsley

Dear Judge Facciola:

I would like to tell you why I hold Andrea Grimsley, known by everyone who has ever met her, even if only once, as Andi, in the highest personal and professional regard, but first permit me to introduce myself and explain how I met Andi and the relationship we have.

I am Steve Denny, a Washington, DC native who has lived in Northern Virginia since my Mom and Dad moved their five children to Springfield in 1961 [one of my sisters still lives in the house into which we moved]. I have worked in the Procurement Services Staff (PSS) of the Department of Justice as a Contracting Officer (CO) since 1982, becoming a first-level supervisor in 1991. Andi worked in PSS as a CO from 1991-1996, and left to become a first-level supervisor in the procurement office at what was then known as the Immigration and Naturalization Service (INS), another component of DOJ. [In 2003, INS was subsumed into the newly-created Department of Homeland Security.]

Andi worked for another supervisor while she was employed at PSS, but ours was a small enough office that she and I saw and interacted with each other virtually every workday. Many of our interactions involved contract matters, and for particularly difficult matters we might work together over a period of weeks. After Andi transferred to INS, we spoke over the phone several times a year. The conversations would always start on a business matter (we valued each other's professional opinions), but would eventually wind themselves around to the personal, and we would fill each other in on what was going on with our spouses, children, and common friends. Our conversations were especially important to each of us because they gave us the chance to commiserate about the difficult challenges of supervising the performance and conduct of other people.

Since 1996, I have seen Andi once or twice a year. There were the occasional meetings when Andi and I had business to transact, but most of the time we saw each other at PSS social functions (e.g. holiday gatherings, lunches for co-workers who were leaving) that Andi attended.

So, now you know a little about Andi's and my relationship; it is time I spoke about Andi as a contracting professional and a person.

In her time at PSS, Andi specialized in contract administration, the day-to-day management of a contract after it has been established. She was a senior contract administrator and as such was assigned the most difficult contracts, almost all of which extended over several years, and some of which had a value in the hundreds of millions of dollars. Andi had a reputation of being an extremely tough, but fair, negotiator --I saw her in action on one occasion and from that day on was always grateful that I did not have to sit on the other side of the table from her. Andi would insist that a contractor live up to its obligations and required the same of the DOJ program office. She watched contractors like the proverbial hawk, but would grant them appropriate relief when it was deserved. She was a stickler when it came to price negotiations and would make contractors justify every dollar of their costs. In short, a contractor could never put anything over on Andi. I wouldn't go so far to say that contractors feared Andi -she was much too professional and much too decent a person to employ intimidation as a negotiating tactic- but there is no question that they respected her, as did all the DOJ program officials with whom she dealt.

I believe Andi received the highest possible rating from her supervisor for each of her performance assessments during her five years in PSS. I spoke frequently with her supervisor over that time and I know he held her in high regard and was confident that she could handle, with little or no involvement of his, any assignment. I also know that he and the Director of PSS would tell you that, in every action she took, Andi was guided by one principle: that her primary responsibility was to look out for the best interests of the Department of Justice.

As for Andi the person, I have only nicer comments to offer. She is personable, friendly, kind, and by nature considerate of others. It was Andi, for example, who established and maintained a birthday club in PSS. On a member's birthday, we would gather in the conference room for some relaxed conversation and a piece of the birthday boy's or girl's favorite cake. Andi organized and ran the entire celebration. She collected the club dues, ordered the cake, picked it up at the bakery, and made sure we had plenty of cups, plates, plastic forks, and soft drinks. And every year, it was Andi who served as one of the lead organizers of our "end of the fiscal year" party, our Christmas party, and the luncheons for colleagues who were leaving the office. Office activities like these may seem trivial to the casual observer, but as a supervisor I am acutely aware of how important they are to staff morale and camaraderie. I am also aware that it takes a lot of time and effort to stage them and that most of the people in an office, including me, aren't willing to make that commitment. Fortunately for PSS, Andi was.

I have seen from personal observation and experience over a period of 14 years that Andi is a person of the highest integrity and character in both her professional and personal relationships. I have unlimited confidence and faith in Andi and would not hesitate for a second to entrust to her a matter --be it business or personal-- of the utmost sensitivity and importance. She is one of the finest civil servants I have ever known. She was a tireless worker and dedicated herself to representing and protecting the business interests of the American taxpayer and the agencies for which she worked. From the day that I met Andi right on through to the moment that I type these words, I have not once doubted her integrity, honesty, or ethics.

I recognize, of course, that the reason I am writing to you is because Andi has acknowledged that she violated one of the ethics rules that apply to COs. I, too, am subject to those rules and receive training in them every year. And while I don't doubt the need for COs to adhere to high ethical standards, there are so many rules, regulations, guidelines, suggestions, and they are so complicated and, indeed on occasion, convoluted, that it is almost impossible for a person to keep them all straight. It might be difficult for the average citizen who is unfamiliar with federal contracting and its associated ethics rules to understand this, Your Honor, but I do not find it surprising in the least that a dedicated, decent, and honest person could unintentionally run afoul of an ethics rule. It seems clear that this is precisely what happened to Andi, as I understand the charging document prepared by the Assistant United States Attorney stipulates that Andi's violation did not benefit her or the company for which she went to work after retiring, and did not cause the Government or the taxpayers any harm.

I hope, Your Honor, that you will consider my observations and comments as you decide the sentence you will impose on Andi. I close by saying that Andi Grimsley is an outstanding person who has served her country honorably and with great distinction for over 30 years. I am glad that I have had the opportunity to know and work with her, but most important of all, I am proud to call her my friend.

Thank you.

Stephen Denny

7909 Colorado Springs Drive
Springfield, VA 22153

703-866-9182 [H]
202-307-1970 [O]
steve.denny@usdoj.gov