UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CRIMINAL CASE NO. 05-499M-01 |
| Plaintiff, | |
| vs. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| **ANDREA K. GRIMSLEY,** | |
| Defendant. | |

## SUPPLEMENTAL HEARING MEMORANDUM

Attached are two additional letters sent on Ms. Grimsley's behalf, received by counsel after counsel's initial memorandum was prepared. The authors have sent both letters to the Court, but to ensure that they are included in Ms. Grimsley's materials, counsel submits them electronically as well. Counsel has also received the Government's Supplemental Memorandum in Aid of Sentencing.

Ms. Grimsley stands by the arguments made in her Memorandum in Aid of Sentencing. With respect to the Government's supplemental points, Ms. Grimsley offers the following. First, Ms. Grimsley acknowledges an "error in judgment" twice in her memorandum. (Def. Mem. at 5.) Motives are distinct from the mental state or *mens rea* necessary for the crime. For example, the necessary *mens rea* for theft may be the intentional taking of the property of another, but such action may stem from different motives (desperation or greed), and the nature of the motive may make a difference to a sentencing court. To describe Ms. Grimsley's motives as "innocent" or not "venal" is to make just such a point for sentencing purposes, not to deny that

she had the requisite mental state or to diminish her responsibility (which responsibility she also repeatedly acknowledges in her Memorandum). (*See* Def. Mem. at 2, 3-4, 4.)

Second, Ms. Grimsley's reference to FedBid's reverse auction website as a "great tool" (Def. Mem. at 3) was a reference to Ms. Grimsley's comments at the critical meeting in Altoona, PA on January 6, 2004 (*See* Def. Mem. Attachment C at 5). This is entirely consistent with the Government's supplemental point that such comments were made after Ms. Grimsley's December 1, 2003 e-mail to the Ethics Officer. Ms. Grimsley has acknowledged that this statement (and her participation in that meeting) was an error in judgment. Again, however, her motives for doing so are relevant and probative as to sentencing issues such as the length of probation and a fine.

Again, Ms. Grimsley thanks the Court for its attention.

Dated: December 8, 2005

Respectfully submitted,

/s/ Jeffrey T. Green

Jeffrey T. Green (SBN 426747)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Attorney for Defendant
Andrea K. Grimsley

2