**David A. Yentzer**
1221 Roundhouse Lane
Alexandria, VA 22314

The Honorable John M. Facciola                                    29 November 2005
United States Magistrate Judge
United States Courthouse
Third & Constitution Avenue, NW
Washington, DC 20001

RE: Case 05-499M Andrea Grimsley

Dear Judge Facciolo:

I am writing on behalf of Andrea Grimsley who has a sentencing hearing before you on December 9, 2005. I worked with Andrea for approximately seven years at the U.S. Immigration and Naturalization Service (INS).

I was a Senior Executive and served as the Assistant Commissioner for Administration. I also served as the Head of Contracting for the Agency (HCA). Andrea was a Contracting Officer and the Chief of the Headquarters Support Branch in my Procurement Office. During my tenure, I had continuous contact with Andrea. She was an outstanding employee. In all of my dealings with her, I found her with a high ethical standards and integrity. As a Contracting Officer, she was responsible for the integrity of the procurement process and compliance with the Federal Acquisition Regulations and Justice Acquisition Regulations. She often ruled on both the ethics and legality of procurement actions. I never found her to waiver on upholding the letter and intent of those regulations. Many times she had to render unpopular decisions; however, she stood for the integrity of the process.

I relied heavily on her recommendations on procurement issues that I became involved in and never once had any doubts to the ethics of her counsel. I find it inconceivable that someone who demonstrated the highest level of integrity and ethical behavior while managing hundreds of millions of dollars in contract decisions finds herself in this position.

Andrea Grimsley is a person of integrity who represented the best interests of the government for years. I ask that you consider her performance as a government employee and my experience with her and be as lenient as possible in her sentence. I would recommend that she be given probation in lieu of any harsher punishment.

Sincerely,

David A. Yentzer