DOUGLAS P. LARSEN, JR.

December 2, 2005

Magistrate Judge John M. Facciola
United States District Court for the
 District of Columbia
333 Constitution Avenue, NW
Washington, DC 20001


Your honor:

I write on behalf of Mrs. Andrea Grimsley in an effort to provide information that will be helpful in disposing of her case.

My family and I have been friends of the Grimsleys more than twenty five years, since Mrs. Grimsley and her late husband and I were employed in the same government agency. For about six years in the 1980s, I was the legal advisor to Mrs. Grimsley in her work as a contract specialist and contracting officer, and the agency ethics official responsible for her ethics training, counseling, and advice. Through the years, our families have socialized often, and our children attended school together.

From our personal and professional association, I know Mrs. Grimsley to be a person of strong character and integrity. Her personal strengths – sound judgment, decisiveness, loyalty, tenacity, honesty, fairness, clarity – made her an outstanding contracting official and a good friend. Our family knows her to be honest and trustworthy.

The actions that have brought Mrs. Grimsley before you are very much out of character. Everyone who knows her is surprised to find her in this situation, because she has always been particularly careful to avoid even the appearance of a conflict of interest. I have observed her effort to understand and appreciate her misstep, and it has not been easy for her or her family. Indeed, it has been agonizing for her to see her own actions as improper, and her pain is intense. She is remorseful, recognizes what she did wrong, and is certain never to come even close to a similar circumstance in the future.

Mrs. Grimsley has been extremely hard on herself, and I urge the Court to recognize that the interests of justice have been satisfied. I hope you will appreciate the progress she has made. Please be lenient.

Respectfully and sincerely,

*[signature]*

4628 4th Road North • Arlington, Virginia 22203 • 703.812.8921
