HONORABLE JOHN M. FACCIOLA, UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-499-01M</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| GRIMSLEY, Andrea | : | Disclosure Date: <u>November 4, 2005</u> |

**FILED**
DEC 0 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                               _____
**Prosecuting Attorney**                                                    Date

### For the Defendant
(CHECK APPROPRIATE BOX)

(✓)   There are no material/factual inaccuracies therein.*
( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  11/18/05                  _____  11/18/05
**Defendant**           Date                                **Defense Counsel**      Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>November 21, 2005</u>, to U.S. Probation Officer **LaVerne Ebron**, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:   Richard A. Houck, Jr., Chief
       United States Probation Officer

\* A LIST OF NON-MATERIAL (TYPOGRAPHICAL) NOTES IS ATTACHED.

Page 2: Change Widower to Widow.
Page 3: Paragraph 6; First sentence: "not to bring" (missing "to")
Page 5, Paragraph 15, Third Line: Missing h in the
       Paragraph 16, Second Line: "Account Executive to Grimsley"
                                  (missing "to")
Page 6, Paragraph 21: Missing a space between "On 10/5/2005"
Page 7, Paragraph 40: "Meagen" is misspelled. Also, she is currently
                      a staffing specialist in Human Resources.
Page 8, Paragraph 42: "Meagen" is misspelled. Also, refers to
                      Ms. Grimsley as "he" throughout.
Page 9, Paragraph 53: At the time Ms. Grimsley started
                      working (4/29/96), it was DOJ, INS;
                      conversion to DHS happened later.

Signed by: _____
           (Defendant/Defense Attorney/AUSA)

Date: 11/21/05