UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIMINAL CASE NO. 05-499M |
| v. | : VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | : Magistrate Judge John M. Facciola |
| Defendant. | |

## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

Comes now, Andrea K. Grimsley, and respectfully requests that she be permitted to travel within the United States for business purposes during her twelve-month period of probation. On September 28, 2005, Ms. Grimsley pled guilty to a one-count misdemeanor information violation of 18 U.S.C. §§ 208 and 216(a)(1) and on December 9, Ms. Grimsley was sentenced, *inter alia*, to twelve months of probation.

As part of the conditions of her probation, the Court ordered that Ms. Grimsley "will not leave the judicial district without permission of the Court or probation officer." Ms. Grimsley has met this and all other conditions of her probation.

Ms. Grimsley requests permission to travel within the United States for business purposes during her twelve-month period of probation. Her job requires frequent travel, so that the filing and consideration of motions on a case-by-case basis would be extremely time-consuming for all parties. Ms. Grimsley has discussed this issue with her probation officer, Pedro Taveres, who suggested and supports this motion. Should this motion be granted, Ms.

Grimsley will continue to notify Mr. Taveres of the dates and destinations of all business related travel. Ms. Grimsley will continue to request written permission from this Court for non-business related travel.

Counsel has discussed this with Daniel P. Butler, counsel for the United States in this matter, and Mr. Butler has said that the United States does not oppose.

A proposed order is attached for the Court's convenience.

Respectfully submitted,

Jeffrey T. Green
Sidley Austin Brown & Wood
1501 K Street, NW
Washington, DC 20005
(202) 736-8000

Dated: January 9, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

## ORDER

Having reviewed the unopposed Motion of Andrea Grimsley for permission to travel within the United States for business purposes, the motion is hereby

**GRANTED** and Ms. Grimsley shall have permission to travel within the United States for business purposes, and shall continue to abide by her conditions of probation.

Honorable John M. Facciola
United States Magistrate Judge

DC1 818785v.1