UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

**FILED**

JAN 2 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Having reviewed the unopposed Motion of Andrea Grimsley for permission to travel within the United States for business purposes, the motion is hereby

**GRANTED** and Ms. Grimsley shall have permission to travel within the United States for business purposes, and shall continue to abide by her conditions of probation.

01/19/06

_____
Honorable John M. Facciola
United States Magistrate Judge

DCI 818785v.1