UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

### UNOPPOSED MOTION FOR RETURN OF MS. GRIMSLEY'S PASSPORT

Comes now, Andrea K. Grimsley, and respectfully requests that the Court return her passport to her so that she may take a short vacation to London later this summer. Ms. Grimsley's probation officer, Pedro D. Tavares, has approved this travel. On September 28, 2005, Ms. Grimsley pled guilty to a one-count misdemeanor information violation of 18 U.S.C. §§ 208 and 216(a)(1) and on December 9, Ms. Grimsley was sentenced, *inter alia*, to twelve months of probation.

As part of the conditions of her probation, the Court ordered that Ms. Grimsley "will not leave the judicial district without permission of the Court or probation officer." Ms. Grimsley has met (and will continue to abide by) this and all other conditions of her probation, and is now more than half-way through her probation period.

Counsel has discussed this with Daniel P. Butler, counsel for the United States in this matter, and Mr. Butler has said that the United States does not oppose.

A proposed order is attached for the Court's convenience.

          Respectfully submitted,

          _____
          Jeffrey T. Green
          Sidley Austin Brown & Wood
          1501 K Street, NW
          Washington, DC  20005
          (202) 736-8000

Dated:  May 26, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

## ORDER

Having reviewed the unopposed Motion of Andrea Grimsley for the return of her passport, the motion is hereby

**GRANTED** and the court shall return Ms. Grimsley's passport to her.

Honorable John M. Facciola
United States Magistrate Judge