UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-499M |
| v. | VIOLATION: 18 U.S.C. §§ 208 & 216(a)(1) (Financial Conflict of Interest) |
| ANDREA K. GRIMSLEY, | Magistrate Judge John M. Facciola |
| Defendant. | |

**ORDER**

FILED
JUN 0 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Having reviewed the unopposed Motion of Andrea Grimsley for the return of her passport, the motion is hereby

**GRANTED** and the court shall return Ms. Grimsley's passport to her.

06/01/06

_/s/ John M. Facciola_
Honorable John M. Facciola
United States Magistrate Judge